In the Matter of the Application of GEORGE TOMBINI, Petitioner, Appellant, for the Determination of the Court as to the Designating Petitions Filed by or in Behalf of Candidates for the Office and Party Position of Democratic County Committeemen, in and for the 27th to the 36th Election Districts, Inclusive, of the First Assembly District West, New York County, Bearing the Following Names as Committee to Fill Vacancies: DANIEL E. FINN, JR., 9 Van Dam St., New York, N. Y., SUSAN DEPHILLIPS, 134 Christopher St., New York, N. Y., ELMER E. QUINN, 95 Christopher St., New York, N. Y., Respondents.— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [177 Misc. 148.]